1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: 8:20-cv-02251-JLS-DFM<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Judge Josephine L. Staton<br><br>Magistrate Judge Douglas F. McCormick |

1 | The Court, having read and considered the Stipulated Protective Order filed concurrently herewith, and for the good cause articulated therein, hereby enters the Stipulated Protective Order agreed to by the parties as an Order of this Court.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_____
Honorable Douglas F. McCormick
United States Magistrate Judge

[PROPOSED] ORDER -- 8:20-cv-02251-JLS-DFM