John R. Habashy, Esq. (SBN. 236708)
*john@lexiconlaw.com*
Nicole Rivera, Esq. (SBN. 325478)
*nicole@lexiconlaw.com*
**LEXICON LAW, PC**
633 West 5th Street, 28th Floor
Los Angeles, CA 90071
Telephone: (213) 223-5900
Facsimile: (888) 373-2107
*[Additional Counsel listed below]*

Attorneys for Plaintiff Lucine Trim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETWORK CAPITAL FUNDING CORPORATION, a Nevada corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO.:** 8:20-cv-02251-JLS-DFM <br><br> Hon. Josephine L. Staton <br><br> **STIPULATION OF DISMISSAL** <br><br> **CLASS ACTION** <br><br> *[Proposed Order filed Concurrently]* <br><br> Complaint filed: November 30, 2020 |

1

STIPULATION TO DISMISS, *Case No. 8:20-cv-02251-JLS-DFM*

**Additional counsel for Plaintiff and the Putative Class**:
Daniel A. Edelman, Esq. (ILL #00712094)
(*Pro Hac Vice*)
*courtecl@edcombs.com*
David Kim, Esq. (ILL # 6303707)
(*Pro Hac Vice*)
*dkim@edcombs.com*
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
Telephone: (312) 739-4200
Facsimile: (312) 419-0379 (FAX)

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Plaintiff Lucine Trim and Defendant Network Capital Funding Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant Network Capital Funding Corporation with prejudice and without costs. Plaintiff dismisses her class claims against Defendant Network Capital Funding Corporation without prejudice and without costs. Plaintiff dismisses her claims against Does 1-10 without prejudice and without costs.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, subject to the Court's approval, and in consideration of the foregoing, by and between Plaintiff and Defendant Network Capital Funding Corporation, through their respective counsel of record, that:

1.     Plaintiff's individual claims against Defendant Network Capital

Funding Corporation are dismissed with prejudice; and

    2.    Plaintiff's class claims against Defendant Network Capital Funding Corporation are dismissed without prejudice; and

    3.    Plaintiff's claims against Does 1-10 are dismissed without prejudice; and

    4.  Each party is to bear its own fees and costs.

**SO STIPULATED**.

Dated: October 14, 2021

Respectfully submitted,

| | |
|---|---|
| s/ Daniel A. Edelman<br>Daniel A. Edelman (ARDC #0712094)<br>David Kim (ARDC #6303707)<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200 | s/ Paul A. Grammatico (w/ consent)<br>Paul A. Grammatico<br>KABAT CHAPMAN & OZMER LLP<br>333 South Grand Avenue, Suite 2225<br>Los Angeles, CA 90071<br><br>Benjamin D. Williams<br>KABAT CHAPMAN & OZMER LLP<br>171 17th Street NW, Suite 1550<br>Atlanta, GA 30363 |

## **ATTESTATION**

In accordance with L.R. 5-4-3.4, I, Daniel A. Edelman, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                                                        s/ Daniel A. Edelman<br>
                                                        Daniel A. Edelman

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2021.

s/ Daniel A. Edelman
Daniel A. Edelman
