JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINE TRIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada corporation,<br>and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.:** 8:20-cv-02251-JLS-DFM<br><br>**ORDER DISMISSING ENTIRE ACTION** |

## **ORDER**

Having reviewed the Parties' Stipulation to Dismiss ("Stipulation") (Doc. 39), and having considered the contents therein, the Court GRANTS the Parties' request and hereby ORDERS that:

1. Plaintiff's individual claims against defendant Network Capital Funding Corporation are dismissed with prejudice;

2. Plaintiff's class claims against defendant Network Capital Funding Corporation are dismissed without prejudice;

3. Plaintiff's claims against Does 1-10 are dismissed without prejudice; and

4. Each party is to bear its own fees and expenses.

**IT IS SO ORDERED.**

DATED: October 18, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE